**Dismissal and Opinion Filed July 1, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00047-CV**

**GC APARTMENTS, LLC D/B/A GREEN CROSSING APARTMENTS, Appellant**
**V.**
**EPS SERVICES, INC D/B/A EXPO PROFESSIONAL SERVICE, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04522-H**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated February 4, 2013, appellant notified the Court that the parties in this case had reached a settlement. On April 1, 2013, we notified the parties that the Court had not received a motion to dismiss in this case and that unless we received correspondence from the parties indicating the case should not be dismissed, we would dismiss the appeal on our own motion. To date, we have not received any correspondence from the parties. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

130047F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GC APARTMENTS, LLC D/B/A GREEN
CROSSING APARTMENTS, Appellant

No. 05-13-00047-CV        V.

EPS SERVICES, INC D/B/A EXPO
PROFESSIONAL SERVICE, Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-04522-H.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. Subject to any agreement of the parties, each party shall bear its own costs of this appeal.

Judgment entered July 1, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE